IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cr-00185-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE MERCADO,

    Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing will be held on **July 3, 2008,** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the Petition on Supervised Release.

DATED this 12th day of June, 2008.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge